UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
TOLEDO DIVISION

| | |
|---|---|
| AUTHOR EMMIE ROSS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | CIVIL ACTION NO. 3:15-CV-105 |
| ) | |
| AUTHOR SOLUTIONS d/b/a ) | |
| AUTHORHOUSE, BUDDY DOW, and ) | |
| EUGENE HOPKINS, ) | |
| ) | |
| Defendants. ) | |

### NOTICE OF APPEARANCE

To the Clerk of this Court and all parties of record:

Please enter my appearance as counsel in this case for **Defendants, AuthorHouse LLC (incorrectly named as Author Solutions d/b/a Authorhouse), George Dow (incorrectly named as "Buddy Dow"), and Eugene Hopkins.**

I certify that I am admitted to practice in this Court.

                                                                                 */s/ Gregory W. Guevara*
Gregory W. Guevara, Ohio Bar No. 0067269
BOSE MCKINNEY & EVANS LLP
111 Monument Circle, Suite 2700
Indianapolis, IN 46204
(317) 684-5000
(317) 684-5173 (Fax)
gguevara@boselaw.com

Attorneys for Defendants, AuthorHouse LLC,
George Dow, and Eugene Hopkins

-2-

## CERTIFICATE OF SERVICE

I hereby certify that on the 19th day of January, 2015, a copy of the foregoing was filed electronically. Notice of this filing will be sent to the Plaintiff by first-class, United States mail, postage prepaid, addressed as follows:

>Emmie Ross
>112-A West High Street
>Bryan, Ohio 43506

>>*/s/ Gregory W. Guevara*
>>Gregory W. Guevara

2705366_1