| Case Number | Status | Judge |
|---|---|---|
| 14CI000200 | Open | STELZER, JT |

| In The Matter Of | | Action |
|---|---|---|
| ROSS, AUTHOR EMMIE  Vs. AUTHOR SOLUTIONS et al | | OTHER CIVIL |

| Party | | Attorneys |
|---|---|---|
| ROSS, AUTHOR EMMIE<br>112-A WEST HIGH STREET<br>BRYAN, OH 43506 | PLNTF | PRO SE |
| AUTHOR SOLUTIONS<br>1663 LIBERTY DRIVE<br>BLOOMINGTON, IN 47403<br>  AUTHORHOUSE | DFNDT<br><br><br><br>DBA | Guevara, Gregory W<br>111 Monument Circle, Suite 2700<br>Indianapolis, IN 46204 |
| DOW, BUDDY<br>SALES CONSULTANT<br>1663 LIBERTY DRIVE<br>BLOOMINGTON, IN 47403 | DFNDT | Guevara, Gregory W<br>111 Monument Circle, Suite 2700<br>Indianapolis, IN 46204 |
| HOPKINS, EUGENE<br>CLIENT MANAGER<br>1663 LIBERTY DRIVE<br>BLOOMINGTON, IN 47403 | DFNDT | Guevara, Gregory W<br>111 Monument Circle, Suite 2700<br>Indianapolis, IN 46204 |

| Opened | Disposed | Case Type |
|---|---|---|
| 12/16/2014 | Undisposed | CIVIL |

Comments:

| No. | Date of | Pleadings Filed, Orders and Decrees<br>Journal Book-Page-Nbr     Ref Nbr | Amount Owed/<br>Amount Dismissed | Balance Due |
|---|---|---|---|---|
| 1 | 01/29/15 | CHECK ISSUED TO: EMMIE ROSS   BALANCE DEPOSIT REFUND | 53.48 | 0.00 |
| 2 | 01/29/15 | RECORD CHARGES   Receipt: 40770  Date: 01/29/2015 | 123.00 | 0.00 |
| 3 | 01/29/15 | CERTIFICATE OF MAILING   Receipt: 40770  Date: 01/29/2015 | 2.00 | 0.00 |
| 4 | 01/29/15 | POSTAGE FOR MAILING ENTIRE CASE TO US DISTRICT COURT   Receipt: 40770  Date: 01/29/2015 | 5.32 | 0.00 |
| 5 | 01/26/15 | ORDER FILED: A NOTICE OF REMOVAL OF CIVIL ACTION HAS BEEN FILED BY THE DEFENDANT WITH THE UNITED STATES DISTRICT COURT OF THE NORTHERN DISTRICT OF OHIO, WESTERN DIVISION (CASE NO. 3:15-CV-105). AS A CONSEQUENCE, THIS COURT IS DIVESTED OF JURISDICTION TO PROCEED FURTHER UNTIL OR UNLESS THERE IS A REMAND BY THE FEDERAL COURT. 28U.S.C. 1446(D). THE CASE IS THEREFORE CLOSED FOR STATISTICAL PURPOSES. IT IS SO ORDERED.  Receipt: 40770  Date: 01/29/2015<br>600-627-600 | 2.00 | 0.00 |

SCANNED
JAN 2 9 2015
WILLIAMS CO. RECORDS

14CI000200    ROSS, AUTHOR EMMIE   Vs. AUTHOR SOLUTIONS et al

| No. | Date of | Pleadings Filed, Orders and Decrees Journal Book-Page-Nbr   Ref Nbr | Amount Owed/ Amount Dismissed | Balance Due |
|---|---|---|---|---|
| 6 | 01/20/15 | NOTICE OF REMOVAL OF CIVIL ACTION FILED/S/G GUEVARA | 0.00 | 0.00 |
| 7 | 01/20/15 | ENTRY OF APPEARANCE FILED/S/G GUEVARA | 0.00 | 0.00 |
| 8 | 12/23/14 | SERVICE SUCCESSFUL<br>Method    : CERTIFIED MAIL ISSUED TO EUGENE HOPKINS<br>Issued    : 12/16/2014<br>Service   : SUMMONS ON COMPLAINT<br>Served    : 12/19/2014<br>Return    : 12/23/2014<br>On        : HOPKINS, EUGENE-CLIENT MANAGER @ 1663 LIBERTY DR,BLOOMINGTON,IN 47403<br>Signed By : MARLIN STALCUP<br><br>Reason    : SERVICE - SUCCESSFUL<br>Comment   :<br><br>Tracking #: WA71969008911199851789 | 0.00 | 0.00 |
| 9 | 12/23/14 | SERVICE SUCCESSFUL<br>Method    : CERTIFIED MAIL ISSUED TO DUDDY DOW<br>Issued    : 12/16/2014<br>Service   : SUMMONS ON COMPLAINT<br>Served    : 12/19/2014<br>Return    : 12/23/2014<br>On        : DOW, BUDDY-SALES CONSULTANT @ 1663 LIBERTY DR,BLOOMINGTON,IN 47403<br>Signed By : MARLIN STALCUP<br><br>Reason    : SERVICE - SUCCESSFUL<br>Comment   :<br><br>Tracking #: WA71969008911199851772 | 0.00 | 0.00 |
| 10 | 12/23/14 | SERVICE SUCCESSFUL<br>Method    : CERTIFIED MAIL ISSUED TO AUTHOR SOLUTIONS<br>Issued    : 12/16/2014<br>Service   : SUMMONS ON COMPLAINT<br>Served    : 12/19/2014<br>Return    : 12/23/2014<br>On        : AUTHOR SOLUTIONS-DBA AUTHORHOUSE @ 1663 LIBERTY DR,BLOOMINGTON,IN. 47403<br>Signed By : MARLIN STALCUP<br><br>Reason    : SERVICE - SUCCESSFUL<br>Comment   :<br><br>Tracking #: WA71969008911199851765 | 0.00 | 0.00 |

Date: 01/29/2015   09:12:21.4           Docket Sheet                      Page: 3
Case: 3:15-cv-00105-JJH  Doc #: 7  Filed: 02/03/15  3 of 4.  PageID #: 92
CRTR5925                                  Detail

14CI000200    ROSS, AUTHOR EMMIE   Vs. AUTHOR SOLUTIONS et al

| No. | Date of Journal | Pleadings Filed, Orders and Decrees Book-Page-Nbr  Ref Nbr | Amount Owed/ Amount Dismissed | Balance Due |
|---|---|---|---|---|
| 11 | 12/19/14 | SERVICE SUCCESSFUL<br>    Method    : CERTIFIED MAIL ISSUED TO EMMIE ROSS<br>    Issued    : 12/16/2014<br>    Service   : CERTIFIED MAILER ONLY<br>    Served    : 12/18/2014<br>    Return    : 12/19/2014<br>    On        : ROSS, AUTHOR EMMIE@ 112-A WEST HIGH ST,BRYAN,OH 43506<br>    Signed By : EMMIE ROSS<br><br>    Reason    : SERVICE - SUCCESSFUL<br>    Comment   :<br><br>    Tracking #: WA71969008911199851796 | 0.00 | 0.00 |
| 12 | 12/16/14 | COPIES CHARGED TO CASE FILE<br>    53 PAGES X .10=5.30<br>    5.30 X 4 COPIES   Receipt: 40770   Date: 01/29/2015 | 21.20 | 0.00 |
| 13 | 12/16/14 | Issue Date:  12/16/2014<br>    Service:  CERTIFIED MAILER ONLY<br>    Method:   CERTIFIED MAIL<br>    Cost Per:  $10.00<br><br>    ROSS, AUTHOR EMMIE<br>    112-A WEST HIGH STREET<br>    BRYAN, OH    43506<br>    Tracking No: WA71969008911199851796<br><br>    Receipt: 40770   Date: 01/29/2015 | 10.00 | 0.00 |
| 14 | 12/16/14 | Issue Date:  12/16/2014<br>    Service:  SUMMONS ON COMPLAINT<br>    Method:   CERTIFIED MAIL<br>    Cost Per:  $10.00<br><br>    AUTHOR SOLUTIONS<br>    1663 LIBERTY DRIVE<br>    BLOOMINGTON, IN    47403<br>    Tracking No: WA71969008911199851765<br><br>    DOW, BUDDY<br>    SALES CONSULTANT<br>    1663 LIBERTY DRIVE<br>    BLOOMINGTON, IN    47403<br>    Tracking No: WA71969008911199851772<br><br>    HOPKINS, EUGENE<br>    CLIENT MANAGER<br>    1663 LIBERTY DRIVE<br>    BLOOMINGTON, IN    47403<br>    Tracking No: WA71969008911199851789<br><br>    Receipt: 40770   Date: 01/29/2015 | 30.00 | 0.00 |

14CI000200    ROSS, AUTHOR EMMIE   Vs. AUTHOR SOLUTIONS et al

| No. | Date of Journal | Pleadings Filed, Orders and Decrees Book-Page-Nbr  Ref Nbr | Amount Owed/ Amount Dismissed | Balance Due |
|---|---|---|---|---|
| 15 | 12/16/14 | WRIT(S) ISSUED  Receipt: 40770  Date: 01/29/2015 | 6.00 | 0.00 |
| 16 | 12/16/14 | COMPLAINT FILED: Author Emmie Ross, Pro Se FIRST CAUSE OF ACTION: BREACH OF CONTRACT-FALSE WRITING AND FORGERY OF SIGNATURES. SECOND CAUSE OF ACTION-BREACH OF CONTRACT-FRAUD THROUGH IDENTITY THEFT.. THIRD CAUSE OF ACTION-BREACH OF CONTRACT THROUGH EMBEZZLEMENT OF PLAINTIFF'S BOOK ROYALTIES SINCE 2009. PUNITIVE DAMAGES AND DEMAND FOR JURY TRIAL.  Receipt: 40770  Date: 01/29/2015 | 25.00 | 0.00 |
| 17 | 12/16/14 | CIVIL FILING FEE  Receipt: 40290  Date: 12/16/2014  Receipt: 40770  Date: 01/29/2015 | 122.00 | 0.00 |
| 18 | 12/16/14 | DEPOSIT  Receipt: 40290  Date: 12/16/2014 | 291.00 | 0.00 |

|  | Totals By: | | | |
|---|---|---|---|---|
|  |  | COST | 224.52 | 0.00 |
|  |  | DEPOSIT | 291.00 | 0.00 |
|  |  | FILING FEE | 122.00 | 0.00 |
|  |  | INFORMATION | 0.00 | 0.00 |
|  |  | PAYMENT | 53.48 | 0.00 |

*** End of Report ***